UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| JASON L. RAMSEY | Case No. 09-26662-PHX GBN |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

    S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 05/02/2010 | Jason Ramsey<br>3794 N. 304th Ave.<br>Buckeye, AZ 85396 | $12.84 |

    The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $12.84 to the Clerk of the Court to be deposited in the Registry thereof.

| October 14, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |